LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Pro Hac Vice Ca. Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Pro Hac Vice Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California  91367
Telephone:	(818) 347-3333
Facsimile:	(818) 347-4118

Peter Goldstein [SBN 6992]
PETER GOLDSTEIN LAW CORP
peter@petergoldsteinlaw.com
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone:	(702) 474-6400
Facsimile:	(888) 400-8799

*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA (RENO)**

| | |
|---|---|
| JENNIFER ANDERSON and FREDRICK WAID, as the appointed co-special administrators of the estate of ROBERT ANDERSON JR.; JENNIFER ANDERSON; JENNIFER ANDERSON, as parent and guardian of M.R.A., a minor; JENNIFER ANDERSON, as parent and guardian of S.G.A., a minor,<br><br>    Plaintiffs,<br><br>    vs.<br><br>LYON COUNTY; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.  3:20-cv-00435-LRH-WGC |

**DISCOVERY PLAN AND SCHEDULING ORDER**
**SPECIAL SCHEDULING REVIEW REQUESTED**

1. **Meeting:** Pursuant to FRCP 26(f) and LR 26-1(a), a telephonic meeting was held on October 19, 2020 and was attended by: Eric Valenzuela, Esq. for Plaintiffs; and Katherine F. Parks for Defendants.

The parties will exchange the initial disclosures within 14 days of the Rule 26-1 Conference in accordance with Rule 26(a)(C).

2. **Discovery Plan:** The parties jointly propose the following discovery plan:

   (a) <u>Subject of Discovery</u>: Discovery will be needed in the following subject: All claims set forth in the original complaint, as well as the defenses relevant to the action.

   (b) <u>Discovery Cut-off Dates</u>: The parties believe it is too early in the case to have a meaningful settlement discussion and given the current situation with COVID-19, the parties' request 180 days from the date of the exchange of the Initial Disclosures which is November 2, 2020, rather than the date the first defendant appeared, which was September 3, 2020. Therefore, the discovery cut-off date will be May 21, 2021.

   (c) <u>Disclosure of Experts</u>:  Disclosure of experts shall proceed according to FRCP 26(a)(2), except that:

   (1) the disclosure of experts and expert reports shall occur on March 22, 2021, which is sixty (60) days before the discovery cut-off date; and

   (2) the disclosure of rebuttal experts and their reports shall occur on April 21, 2021 which is thirty (30) days before the discovery cut-off date.

   (d) <u>Alternative Dispute Resolution and Case Disposition</u>:  Pursuant to LR 26-1(b)(8) and FRCP 73, the parties discussed trial by a magistrate judge and the possibility of alternative dispute resolutions and the Short Trial Program; the Plaintiff and the Defendant do not agree that any of the foregoing are appropriate for this case.

   (e) <u>FRCP 26-1(b)(9) – Electronic Evidence</u>:  The parties certify that they have discussed whether they intend to present evidence in electronic format to jurors for the purposes of jury deliberation.  Although not known at this time which exhibits will be electronically presented, the parties stipulate that they

will provide discovery in an electronic format compatible with the Court's electronic jury evidence display system. The parties stipulate that they will contact the courtroom administrator for instructions about how to prepare evidence in an electronic format and other requirements for the Court's electronic jury evidence system.

3. **Other Items**

   (a) <u>Amending the Pleadings and Adding Parties</u>. The parties have until February 20, 2021 to file a motion to amend the pleadings or to add parties. This is ninety (90) days before the discovery cut-off date and does not extend the outside limit LR 26-1(e)(2) presumptively sets for ninety (90) days before the discovery cut-off date of filing such motions.

   (b) <u>Interrogatories and Depositions</u>: The parties agree to the customary total number of interrogatories of 25 per party; the parties may agree to more interrogatories by mutual agreement or application to the Court. The parties also agree to no more than ten (10) depositions by Plaintiff and no more than ten (10) depositions by Defendants as provided in Rule 30(a)(2)(A)(i). However, the parties may agree to more depositions by mutual agreement or application to Court.

   (c) <u>Dispositive Motions</u>: The parties shall have until June 20, 2021 to file dispositive motions. This is thirty (30) days after the discovery cut-off date and does not exceed the outside limit of thirty (30) days following the discovery cut-off date that LR 26-1(e)(4) presumptively sets for filing dispositive motions.

   (d) <u>Settlement</u>: The parties have initially addressed the issue of settlement and agree to continue to enter into meaningful negotiations prior to and during the discovery phase of this litigation but both sides require exchange of initial disclosures to properly assess their respective cases and defenses.

(e) <u>The Pretrial Order:</u>  The pretrial order shall be filed by July 20, 2021 which is not more than thirty (30) days after the date set for filing dispositive motions in this case. This deadline is suspended if the dispositive motion is timely filed.  The disclosures required by FRCP 26(a)(3) shall be made in the joint pretrial order.

(f) <u>Court Conference</u>:  The parties do not request a conference with the court before the entry of the scheduling order.

(g) <u>Later Appearing Parties:</u>  A copy of the discovery plan and scheduling order shall be served on any person served after it is entered, or, if an additional defendant should appear within five days of their first appearance. This discovery plan scheduling order shall apply to such later appearing parties, unless the Court on motion for good cause shown, orders otherwise.

(h) <u>Extension or Modification of the Discovery Plan and Scheduling Order</u>: LR 26-4 governs modifications or extensions of this discovery plan scheduling order. Any stipulation or motion must be made not later than twenty-one (21) days before the subject deadline date and comply fully with LR 26-4.

| **Activity** | **Date** |
| --- | --- |
| Amend Pleadings | *Tuesday, February 20, 2021* |
| Expert Disclosures | *Thursday, March 22, 2021* |
| Rebuttal Expert Disclosures | *Friday, April 21, 2021* |
| Discovery Cut-Off Date | *Monday, May 21, 2021* |
| Dispositive Motions | *Wednesday, June 20, 2021* |
| Pretrial Order | *Friday, July 20, 2021* |

APPROVED AS TO FORM AND CONTENT:

| | |
|---|---|
| DATED:10/16/2020 | DATED: __10/16/2020 |
| THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER | LAW OFFICES OF DALE K. GALIPO |
| By: _*s/ Katherine F. Parks*_<br>    Katherine F. Parks (SBN 6227)<br>    6590 S. McCarran Blvd., Suite B<br>    Reno, Nevada 89509<br>    *Attorneys for Defendants* | By: ___*s/ Eric Valenzuela*___<br>    Eric Valenzuela<br>    (Pro Hac Vice Ca. Bar No. 144074)<br>    21800 Burbank Blvd., Suite 310<br>    Woodland Hills, California 91367<br>    *Attorneys for Plaintiffs* |

ORDER

IT IS SO ORDERED

DATED this 20th day of October, 2020.

*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE