UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FREDRICK WAID and JENNIFER ANDERSON, as the appointed co-special administrators of the estate of ROBERT ANDERSON JR.; JENNIFER ANDERSON; JENNIFER ANDERSON, as parent and guardian of M.R.A., a minor; JENNIFER ANDERSON, as parent and guardian of S.G.A., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>LYON COUNTY; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00435-LRH-WGC<br><br>ORDER |

Plaintiff, Jennifer Anderson, individually and as the appointed co-special administer of the estate of Robert Anderson Jr. and parent and guardian of minors M.R.A. and S.G.A., and Fredrick Waid, appointed co-special administrator of the estate of Robert Anderson Jr. (collectively "Plaintiffs"), move this Court for leave to file a first amended complaint pursuant to Federal Rule of Civil Procedure 15. ECF No. 21. Defendants submitted a non-opposition to Plaintiffs' motion. ECF No. 22.

Based on Defendants' non-opposition and pursuant to the Court's local rules and the Federal Rules of Civil Procedure, the Court hereby **GRANTS** plaintiffs' motion to amend (ECF No. 21). Plaintiffs' are to file their amended complaint by **February 15, 2021**.

IT IS SO ORDERED.

DATED this 15th day of January, 2021.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1