**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JENNIFER ANDERSON and FREDRICK WAID, as the appointed co-special administrators of the estate of ROBERT ANDERSON JR.; JENNIFER ANDERSON; JENNIFER ANDERSON, as parent and guardian of M.R.A, a minor; JENNIFER ANDERSON, as parent and guardian of S.G.A., a minor,<br><br>                      Plaintiffs,<br><br>vs.<br><br>LYON COUNTY; TIMOTHY WRIGHT; BRETT WILLEY and DOES 1-10, inclusive,<br><br>                      Defendants. | CASE NO.  3:20-cv-00435-LRH-WGC<br><br>**ORDER TO EXTEND TIME FOR DEENDANTS' TO FILE REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

COMES NOW, Plaintiffs, JENNIFER ANDERSON and FREDERICK WAID, as the appointed co-special administrators of the estate of ROBERT ANDERS JR.; JENNIFER ANDERSON; JENNIFER ANDERSON, as parent and guardian of M.R.A., a minor; and JENNIFER ANDERSON, as parent and guardian of S.G.A., a minor, by and through their attorneys, Dale Galipo and Erik Valenzuela of the Law Offices of Dale K. Galipo, and Peter Goldstein, Esq., Peter Goldstein Law Corp., and Defendants, LYON COUNTY, TIMOTHY WRIGHT and BRET WILLEY, by and through their attorneys of record, Thorndal Armstrong

- 1 -

Delk Balkenbush & Eisinger, and hereby stipulate and agree that the Defendants shall have a seven (7) day extension of time through and including August 31, 2021, in which to file their reply memorandum of points and authorities in support of their Motion for Summary Judgment. This is the Defendants' first request to extend the deadline at issue, the same is not made for any improper purpose and no party will be prejudiced should the Court grant the instant request.

| | |
|---|---|
| Dated this 18th day of August, 2021.<br><br>PETER GOLDSTEIN LAW CORP.<br><br>By: __/ s / Peter Goldstein__<br>    Peter Goldstein, Esq.<br>    10161 Park Run Drive, Suite 150<br>    Las Vegas, Nevada 89145<br>    T: 702-474-6400<br>    F: 888-400-8799<br>    peter@petergoldsteinlaw.com<br><br>Dated this 18th day of August, 2021.<br><br>LAW OFFICES OF DALE K. GALIPO<br><br>By: __/ s / Eric Valenzuela__<br>    Dale K. Galipo, Esq.<br>    Eric Valenzuela, Esq.<br>    21800 Burbank Blvd., Suite 310<br>    Woodland Hills, CA  91367<br>    T: 818-347-3333<br>    F: 818-347-4118<br>    dgalipe@galipolaw.com<br>    evalenzuela@galipolaw.com<br>ATTORNEYS FOR PLAINTIFFS | DATED this 18th day of August, 2021.<br><br>THORNDAL ARMSTRONG<br>DELK BALKENBUSH & EISINGER<br><br>By: __/ s / Katherine F. Parks, Esq.__<br>    Katherine F. Parks, Esq.<br>    State Bar. No. 6227<br>    6590 S. McCarran Blvd, Suite B<br>    Reno, NV 89509<br>    *Attorneys for Defendant* |

**ORDER**

**IT IS SO ORDERED.**

Dated this 18th day of August, 2021.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE